STATE OF NEW JERSEY v. MARTIN L. CARBONE.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN ZUBE.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD PHILLIPS.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH PEDRICK.

July 15, 1980.

Petition for certification denied.

PATRICIA J. PERA v. LILLIAN GROSSBARD.

July 21, 1980.

Petition for certification granted.